# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 18-cv-01243-RM-NRN

SHENZHEN TOPGREEN
TECHNOLOGY CO. LTD.,

    Plaintiff,

v.

XVAPE LLC;
ANTHONY F. LIN, AKA TONY LIN; and
DOES 1-5,

    Defendants.

---

## ORDER RE STIPULATION
---

    This matter is before the Court on the parties' renewed Stipulation for Entry of Consent Judgments with Permanent Injunction and Dismissal with Prejudice of Remaining Claims and Counterclaims ("Stipulation II") (ECF No. 57), along with proposed consent judgments and order of dismissal. Stipulation II was filed after the Court issued its Order of May 1, 2019, raising certain issues in the parties' original stipulation ("Stipulation I") (ECF No. 55). Upon consideration of Stipulation I and II and the parties' apparent intent, the Court finds the proposed documents fail to address the requirements of Fed. R. Civ. P. 58 as the consent order and judgment are combined; and Does 1-5. In the interest of judicial economy, the Court has modified the parties' proposed documents from Stipulation I and II and prepared (1) a proposed Consent Order for each Defendant; (2) a proposed Order of dismissal of the remaining claims,

counterclaims, and *Doe defendants*; and (3) a proposed Consent Judgment to be entered by the Clerk. (Proposed documents attached.)

Based on the foregoing, it is ORDERED that on or before Friday, May 31, 2019, the parties shall file a status report and advise if the orders and judgment which the Court proposes to enter are acceptable.

DATED this 28th day of May, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge